FEBRUARY 28, 1957.

No. 153. OLIN MATHIESON CHEMICAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD. 

 Argued February 28, 1957. Decided February 28, 1957. *Per Curiam:* The judgment is affirmed. *Wm. A. Stuart* argued the cause for petitioner. With him on the brief was *H. W. Stull. Solicitor General Rankin, Stephen Leonard* and *Dominick L. Manoli* were on the brief for respondent. 

MARCH 4, 1957.

No. 265. UNITED STATES *v.* AMERICAN FREIGHTWAYS Co. 

 Argued January 23, 1957. Decided March 4, 1957. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Ralph S. Spritzer* argued the cause for the United States. With him on the brief were *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Judson W. Bowles. Samuel Masia* argued the cause for appellee. With him on the brief was *Martin Werner.*

No. 661. NATIONAL BUS TRAFFIC ASSOCIATION, INC., ET AL. *v.* UNITED STATES ET AL. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *James F. X. O'Brien, Jack R. Turney, Jr.* and *Eugene T. Lüpfert* for appellants. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, Henry Newton Williams, Robert W. Ginnane* and *Isaac K. Hay* for the United States and the